IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2006 OCT 16  PM 1:20

GREGORY C. LANGHAM
CLERK

Misc. Action No. **06-MC-0061**

BY_____DEP. CLK

CARY GAGAN

    Petitioner/Defendant,

v.

GREGORY C. LANGHAM, Clerk, United States District Court for the District of Colorado,

    Respondent.

## ORDER

This matter is before the Court on the Sept. 15, 2006 Request by Cary Gagan to Inspect and Copy All Records and Papers Compiled and Maintained by the Clerk Regarding:

1. Grand Jury 01-1 and 2. Grand Jury 01-2. After careful review and consideration of the request I find that pursuant to 28 U.S.C. 1867 the defendant's request should be granted. Accordingly, it is

ORDERED that the Clerk's Office shall disclose the following information to Mr. Gagan:

1. the name of foreperson of Grand Jury 01-1;

2. the foreperson whose name and signature appears on the indictment returned on May 7, 2002 in the case of UNITED STATES OF AMERICA v. CARY GAGAN, Case No. 02-CR-193-MK;

3. the name of the judge in charge of Grand Jury 01-1 and the name of the judge who selected the foreperson of Grand Jury 01-1;

4. the commencement and termination dates of Grand Jury 01-1;

5. whether or not there were any orders extending the term of Grand Jury 01-1 and if so, furnish a copy of any such orders;

6. a copy of the order empaneling Grand Jury 01-1;

7. the names of the jurors selected from the Master Jury Wheels in accordance with the order mentioned above.

No information can be provided regarding Grand Jury 01-2 because there was no such grand jury.

I grant Gagan's request No. 7 above to the extent that he may have access to the 300 or so names from which the grand jury that delivered his indictment was selected. I am granting him the names only. Any information disclosed regarding the names of individual jurors constitute grand jury matters under Fed. R. Crim. P. 6(e). Any effort by Gagan, or by someone on his behalf, to contact any name of this list, would violate Fed. R. Crim. P. 6(e). If Gagan wishes to contact anyone on this list, he must show compelling need to do so and obtain an Order from this Court granting him permission. It is further

ORDERED that the Clerk shall file Gagan's request as a Miscellaneous Action and the filing fee shall be waived.

.

DATED at Denver, Colorado this 16th day of October, 2006.

BY THE COURT:

s/Wiley Y. Daniel

WILEY Y. DANIEL
United States District Court Judge