IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-mc-00061-WYD

CARY GAGAN,

      Petitioner,

v.

GREGORY C. LANGHAM,

      Respondent.

---

**ORDER**

---

THIS MATTER is before the Court on Petitioner's Motion For This Court to

Proceed on the Original Document(s).  [Docket # 7].  Petitioner filed the original request

on October 16, 2006.  This request was granted pursuant to an Order dated October

16, 2006.  Consequently, the relief requested in Petitioner's Original Document has

already been granted.

Accordingly, it is

ORDERED that Petitioner's Motion to Proceed on Original Document(s) be

**DENIED AS MOOT.**

Dated:  December 15, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge