IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-mc-00061-WYD

CARY GAGAN,

      Petitioner,

v.

GREGORY C. LANGHAM,

      Respondent.

---

## ORDER

---

THIS MATTER is before the Court on Petitioner's Motion For This Court to Order the Clerk to Disclose Additional Records Regarding Grand Jury 2001-1 and for the Court to Issue an Order Allowing the Petitioner and Investigators to Contact Grand Jurors and Investigate Grand Jury 01-1 by Petitioner. This Court received Petitioner's letter dated November 1, 2006. Petitioner also filed the present motion requesting similar relief as that requested in his prior letter.

I find that the United States Attorney is interested pursuant to FED. R. CIV. PRO. 19. Consequently, the United States Attorney should be made a party to the present action.

Accordingly, it is

ORDERED that the United States Attorney be made a party to the present action. It is

FURTHER ORDERED that the Clerk of the Court shall mail a copy of this Order

to the United States Attorney's Office.  It is

FURTHER ORDERED that the United States Attorney respond to Petitioner's

Motion on or before, **Friday, January 12, 2007.**  It is

FURTHER ORDERED that, if he so desires, Petitioner file a Reply in this matter

on or before, **Friday, January 26, 2007.**


Dated:  December 15, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-mc-00061-WYD
Cary Gagan vs. Gregory C. Langham

CERTIFICATE OF SERVICE (CM/ECF)

I  hereby certify that on December 15, 2006  I have mailed the above mentioned document
to the following:

United States Attorney
U. S. Attorney's Office
U.S.D.C. Box 28

GREGORY C. LANGHAM, Clerk

By s/Leslie Martin
Deputy Clerk