IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-mc-00061-WYD

CARY GAGAN,

    Petitioner,

v.

GREGORY C. LANGHAM,

    Respondent.

---

**ORDER**

---

THIS MATTER is before the Court on Petitioner's Motion to Proceed on Original Document and "Petitioner's Reasserting of the Grand Jury Application(s) Filed on Aug. 24 '07 and Submitting of Documents Relating to Witness Availability for Grand Jury and Giving Testimony" (both filed June 26, 2008). These motions are denied. This action was dismissed by Order filed June 23, 2008, and the relief sought by Petitioner in his motions is thus foreclosed.

However, the new motions filed by Petitioner indicate that he is at a different address than is reflected in the record. Thus, he may not have received the Court's June 23, 2008 Order and may not be aware of the dismissal of the action. The Clerk of Court is directed to mail a copy of the June 23, 2008, Order as well as this Order to Petitioner's current address stated in his motions of June 26, 2008. Petitioner is advised that it is his duty to keep the Court apprised of any new address. His request

that the Court check the CDOC Locator to determine if he has been transferred is thus denied.

In conclusion, it is

ORDERED that Petitioner's Motion to Proceed on Original Document and "Petitioner's Reasserting of the Grand Jury Application(s) Filed on Aug. 24 '07 and Submitting of Documents Relating to Witness Availability for Grand Jury and Giving Testimony" (filed June 26, 2008) are **DENIED**. It is

FURTHER ORDERED that the Clerk of Court shall serve a copy of the Order of Dismissal filed June 23, 2008, and this Order to Petitioner's new address stated in his motions filed June 26, 2008.

Dated: June 27, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge